JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

ALBERTO CASTRO FIERRO,

        Petitioner,

    v.

THOMAS GILES, *et al.*,

        Respondents.

Case No. 5:26-cv-03006-ACCV

**ORDER DISMISSING PETITION**

IT IS HEREBY ORDERED that pursuant to 28 U.S.C. § 2241, the Petition for Writ of Habeas Corpus in this action is denied and judgment entered by the Court, without requiring any further proceedings and consistent with the reasons and findings set forth in the Court's August 13, 2026 Order Denying Petition for Writ of Habeas Corpus.

IT IS SO ORDERED.

DATED: August 13, 2026

HON. ANGELA C. C. VIRAMONTES
United States Magistrate Judge